UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE RAKOFF

OFFICE COPY

PETROTERMINAL DE PANAMA, S.A.,

Plaintiff,

-v-

SEE ATTACHED RIDER A

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED JAN 22 2008 U.S.D.C. S.D.N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Petroterminal de Panama, S.A.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Not applicable

**Date:** January 22, 2008

Signature of Attorney

Attorney Bar Code: JW-5211

Form Rule7_1.pdf  SDNY Web 10/2007