# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETROTERMINAL DE PANAMA, S.A.,<br><br>          Plaintiff,<br><br>vs.<br><br>HOUSTON CASUALTY COMPANY, NATIONAL LIABILITY & FIRE INSURANCE COMPANY a/k/a NATIONAL FIRE & LIABILITY INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and CONTINENTAL INSURANCE COMPANY<br><br>          Defendants. | Civil Action No. 08 CV 00547 (JSR)(AJP)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants, Houston Casualty Company, National Liability & Fire Insurance Company a/k/a National Fire & Liability Insurance Company, Liberty Mutual Insurance Company, Great American Insurance Company of New York, Indemnity Insurance Company of North America, and Continental Insurance Company certify the following disclosures:

1.     Houston Casualty Company, by and through its attorneys, hereby certifies that Houston Casualty Company is a wholly owned subsidiary of Illium, Inc., a privately-held Delaware corporation. Illium, Inc. is a wholly owned subsidiary of HCC Insurance Holdings, Inc., the common stock of which is traded on the New York Stock Exchange under the symbol, "HCC."

2.     National Liability & Fire Insurance Company, by and through its attorneys, hereby certifies that National Liability & Fire Insurance Company is wholly owned by OBH, Inc., a wholly owned subsidiary of Berkshire Hathaway Inc.

3.     Liberty Mutual Insurance Company, by and through its attorneys, hereby certifies that Liberty Mutual Insurance Company is a stock insurance company wholly owned by Liberty Mutual Holding Company, Inc.

4.     Great American Insurance Company of New York, by and through its attorneys, hereby certifies that Great American Insurance Company of New York is wholly owned by Great American Insurance Company, a wholly owned subsidiary of American Financial Group (AFG) whose common stock is listed on the New York Stock Exchange and NASDAQ.

5.     Indemnity Insurance Company of North America, by and through its attorneys, hereby certifies that Indemnity Insurance Company of North America is a wholly owned subsidiary of Ace, Ltd. (NYSE: ACE).

6. Continental Insurance Company, by and through its attorneys, hereby certifies that Continental Insurance Company is a wholly-owned subsidiary of CNA Financial Corporation, a publicly-held corporation formed in 1967. Loews Corporation, a publicly-held corporation, holds 90.02% of the voting stock of CNA Financial Corporation.

Dated: February 14, 2008

          RIVKIN RADLER LLP

By:    /s/
Gary D. Centola [GC-3478]
Michael A. Kotula [MK-7455]
926 EAB Plaza, West Tower
Uniondale, New York 11556-0926
(516) 357-3000

Attorneys for Defendants
HOUSTON CASUALTY COMPANY,
NATIONAL LIABILITY & FIRE INSURANCE
COMPANY A/K/A NATIONAL FIRE &
LIABILITY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK, INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA, AND
CONTINENTAL INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

Michael A. Kotula