UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETROTERMINAL DE PANAMA, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> HOUSTON CASUALTY COMPANY, et al., <br><br> Defendants. | CIVIL ACTION NO.: 08 CV 00547 (JSR)(AJP) <br><br> **NOTICE OF APPEARANCE** |

Please enter my appearance as co-counsel for Defendants, Houston Casualty Company, National Liability & Fire Insurance Company a/k/a National Fire & Liability Insurance Company, Liberty Mutual Insurance Company, Great American Insurance Company of New York, Indemnity Insurance Company of North America, and Continental Insurance Company, in the above-entitled action.

Dated: February 14, 2008

RIVKIN RADLER LLP

By: _____/s/_____
Gary D. Centola [GC-3478]
926 RexCorp Plaza, West Tower
Uniondale, New York 11556-0926
(516) 357-3000
Attorneys for Defendants
HOUSTON CASUALTY COMPANY,
NATIONAL LIABILITY & FIRE INSURANCE
COMPANY A/K/A NATIONAL FIRE &
LIABILITY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK, INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA, AND
CONTINENTAL INSURANCE COMPANY