SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETROTERMINAL DE PANOMA S.A.,

      Plaintiff,

-against-

HOUSTON CASUALTY COMPANY, ET AL.,

      Defendants.

08 CV 0547 (JSR)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, GARY CENTOLA a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

 Applicant's Name: ROBERT JEFFREY BRIDGER
 Firm Name: Larzelere, Picou, Wells, Simpson, Lonero LLC
 Address: Two Lakeway Center, Suite 1100
   3850 N. Causeway Blvd.
 City: Metairie, LA 70002
 Phone Number: (504) 834-6500
 Fax Number: (504) 834-6565

Upon information and belief, ROBERT JEFFREY BRIDGER is a member in good standing of the Bar of the States of Louisiana and Texas. Attached hereto are Certificates of Good Standing from the Louisiana State Bar Association and the U.S. District Court, Eastern District of Louisiana, evidencing ROBERT JEFFREY BRIDGER'S good standing before those bars. A Certificate of Good Standing has also been requested and is being prepared by the State Bar of Texas and will be submitted as soon as same is received, should this Honorable Court require same.

Upon information and belief, there are no pending disciplinary proceedings against ROBERT JEFFREY BRIDGER in any State or Federal court.

Dated: March 14, 2008
   Uniondale, NY

     Respectfully submitted,

       Gary Centola, Esq.
 SDNY Bar: GC 3478
 Firm Name: Rivkin Radler, LLP
 Address: 926 RexCorp. Plaza
 City/State/Zip: Uniondale, NY 11556-0926
 Phone Number: (516) 357-3000
 Fax Number: (516) 357-3333

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETROTERMINAL DE PANOMA S.A.,

                 Plaintiff,

-against-

HOUSTON CASUALTY COMPANY, ET AL.,

                 Defendants.

08 CV 0547 (JSQ)

**AFFIDAVIT OF GARY CENTOLA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York   )
                          ) ss:
County of New York  )

**GARY CENTOLA**, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendants Houston Casualty Company, National Liability & Fire Insurance Company a/k/a National Fire & Liability Insurance Company, Liberty Mutual Insurance Company, Great American Insurance Company of New York, Indemnity Company of North America and Continental Insurance Company (collectively, "Defendants") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit ROBERT JEFFREY BRIDGER as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in February 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. MR. BRIDGER is a member of the law firm Larzelere, Picou, Wells, Simpson, Lonero LLC.

4. In my experience with ROBERT JEFFREY BRIDGER, I have found MR. BRIDGER to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of ROBERT JEFFREY BRIDGER, pro hac vice.

6. I respectfully submit a proposed order granting the admission of ROBERT JEFFREY BRIDGER, pro hac vice, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit ROBERT JEFFREY BRIDGER, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated:  March 14, 2008
          Uniondale, New York

Notarized:

*[signature]*

CHRISTINE ENERSEN
Notary Public, State Of New York
No. 01EN4819753
Qualified In Suffolk County
Commission Expires April 30, 20 _10_

Respectfully submitted,

*[signature]*

GARY CENTOLA, ESQ.
SDNY Bar Code: GC 3478

SDNY Form Web 10/2006

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Robert J Bridger

whose address is  Two Lakeway Center
3850 N Causeway Blvd Ste 1100

Metairie, LA 70002

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____8th____ day of __October__, __1982__.

Given over my hand and the Seal of the Louisiana State Bar Association, this __11th__ day of __March__, __2008__.

_____
Executive Director
Louisiana State Bar Association

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern  **DISTRICT OF**  Louisiana

## CERTIFICATE OF GOOD STANDING

*I,* Loretta G. Whyte *, Clerk of this Court,*

*certify that* ROBERT JEFFREY BRIDGER *, Bar #* 1263 ,

*was duly admitted to practice in this Court on*

1/19/1983
DATE
*, and is in good standing as a member of the Bar of this Court.*

*Dated at* New Orleans, Louisiana *on* 03/05/2008 .
LOCATION                          DATE

Loretta G. Whyte
CLERK

*[signature]*
DEPUTY CLERK

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETROTERMINAL DE PANOMA S.A.,

       Plaintiff,

-against-

HOUSTON CASUALTY COMPANY, ET AL.,

       Defendants.

08 CV 0547 (JSQ)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of **GARY CENTOLA**, attorney for Defendants, Houston Casualty Company, National Liability & Fire Insurance Company a/k/a National Fire & Liability Insurance Company, Liberty Mutual Insurance Company, Great American Insurance Company of New York, Indemnity Company of North America and Continental Insurance Company (collectively, "Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | ROBERT JEFFREY BRIDGER |
| Firm Name: | Larzelere, Picou, Wells, Simpson, Lonero LLC |
| Address: | Two Lakeway Center, Suite 1100 |
| | 3850 N. Causeway Blvd. |
| City: | Metairie, LA  70002 |
| Phone Number: | (504) 834-6500 |
| Fax Number: | (504) 834-6565 |
| Email Address: | jbridger@lpw-law.com |

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:    March __, 2008
       New York, New York

                     _____
                     United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#

SDNY Form Web 10/2006

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS. :
COUNTY OF NASSAU         )

I, Christine Enersen, being sworn, say:

I am not a party to the action, am over 18 years of age and reside in Smithtown, New York.

On March 17, 2008, I served the MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT OF GARY CENTOLA IN SUPPORT via regular mail, return receipt requested, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Stephen A. Dvorkin, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY  10036

Robert Jeffrey Bridger, Esq.
Joy M. Lonero, Esq.
Larzelere, Picou, Wells, Simpson, Lonero LLC
2 Lakeway Center, Suite 1100
3850 North Causeway Blvd
Metairie, LA 70002

_____
Christine Enersen

Sworn to before me this
17th day of March, 2008.

_____
Notary Public

ANDREW S. GORRAY
Notary Public, State of New York
No. 01GO6136917
Qualified in Nassau County
Commission Expires November 14, 20__

2130294 v1