SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETROTERMINAL DE PANOMA S.A.,

                       Plaintiff,

-against-

HOUSTON CASUALTY COMPANY, ET AL.,

                       Defendants.

08 CV 0547 (JSQ)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of **GARY CENTOLA**, attorney for Defendants, Houston Casualty Company, National Liability & Fire Insurance Company a/k/a National Fire & Liability Insurance Company, Liberty Mutual Insurance Company, Great American Insurance Company of New York, Indemnity Company of North America and Continental Insurance Company (collectively, "Defendants"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | ROBERT JEFFREY BRIDGER |
| Firm Name: | Larzelere, Picou, Wells, Simpson, Lonero LLC |
| Address: | Two Lakeway Center, Suite 1100 |
| | 3850 N. Causeway Blvd. |
| City: | Metairie, LA 70002 |
| Phone Number: | (504) 834-6500 |
| Fax Number: | (504) 834-6565 |
| Email Address: | jbridger@lpw-law.com |

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:      March 17, 2008
               New York, New York

                                                                United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#

SDNY Form Web 10/2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-08

AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS. :
COUNTY OF NASSAU       )

I, Christine Enersen, being sworn, say:

I am not a party to the action, am over 18 years of age and reside in Smithtown, New York.

On March 17, 2008, I served the MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT OF GARY CENTOLA IN SUPPORT via regular mail, return receipt requested, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Stephen A. Dvorkin, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036

Robert Jeffrey Bridger, Esq.
Joy M. Lonero, Esq.
Larzelere, Picou, Wells, Simpson, Lonero LLC
2 Lakeway Center, Suite 1100
3850 North Causeway Blvd
Metairie, LA 70002

_____
Christine Enersen

Sworn to before me this
17th day of March, 2008.

_____
Notary Public

ANDREW S. GORRAY
Notary Public, State of New York
No. 01GO6136917
Qualified in Nassau County
Commission Expires November 14, 20__

2130294 v1